**FILED**
1/25/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RECEIVED**

DEC 11 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NF

# United States District Court
Norther CENTRAL DISTRICT OF ILLINOIS

Nerak Scaife,

         Plaintiff

    vs.

Naomi Favre
Shane Davis
Deputy boyd
Dekalb County Jail

        Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:17-cv-08946
Judge Edmond E. Chang
Magistrate Judge Daniel G. Martin
PC9

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑    42 U.S.C. §1983 (state, county or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐    Other federal law: _____

☐    Unknown _____

## I. FEDERAL JURISDICTION

*****Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Nerak Nuin Scaife

Prison Identification Number: #243344

Current address: 1102 cornell lane, yorkville Illinois 60560 - kendall county Jail

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Naomi Favre

Current Job Title: Dekalb County Sheriff Deputy

Current Work Address De Kalb County Jail 150 N main St, Sycamore IL 60178

Defendant #2:

Full Name: Shane Davis

Current Job Title: Dekalb County Sheriff, Deputy

Current Work Address Dekalb county Jail 150, N Main St, Sycamore IL 60178

Defendant #3:

Full Name: (Deputy) Boyd

Current Job Title: Dekalb County Sheriff, Deputy

2

Current Work Address _DeKalb , County Jail_
_150 N Main St, Sycamore, Il 60178_

Defendant #4:

Full Name: _DeKalb county Sherriff's offices_

Current Job Title: _DeKalb County Jail_

Current Work Address _150 N, Main St_
_60178_

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case? Yes ☐ No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐ No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

Current Work Address _150 Noruh St, Sycamore Illinois 60178_

Defendant #4:

Full Name: _Dekalb county Jail_

Current Job Title: _Dekalb county Jail_

Current Work Address _150 North Main Street, Sycamore Illinois 60178_

Defendant #5:

Full Name: _UNKnown Deputies_

Current Job Title: _Dekalb county Jail Deputies_

Current Work Address _150 N Main St Sycamore II 60178_

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

   _____

2. Basic claim made _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☑   No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not  _____

_____

C.  Is the grievance process completed?   Yes ☑   No ☐

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence  Dekalb  County  Jail

4

Date(s) of the occurrence (Believed) May 4 2017

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On approximatly May 4 2017, I was being house in E block of DeKalb county jail. I was told I would be transferred to Kendall county for lack of space even though my top bunk was empty. I refused, And told them I feared for my life there. I stripped naked in my cell and then close the Door. I put my arms and legs through the bars. (1) Deputy Davis punch and kicked my legs in attemps to remove them from the bars, I was then Sprayed my pepper spray on the head. When I turn head I heard (2) Naomi favre say "you wanna hide your face huh." I was then sprayed Directly on the genitals until I screamed, Then shane flavis and another unidentified officer continued to hold my legs threw the bars. (3) Then bend my finger until I let go. After That while still Naked I was hand cuffed and (4) walked through the hallway to a padded cell. I then had to beg for a shower, (5) When given a shower 3 officers laughed at me while I screamed from my burns. When I stepped out officer Boyd was looking at my penis, I told him what are you looking at and he said, "Its Not much to look at, and they all laugh at me. I was place in a suicide cell

then transferred, days later I was afraid to complaint while in dekalb so I waited till I was tranferred to call PREA and try to complaint, I was interviewed by a sheriff office Detective. They Did not take me serious.

1) Naomi favoe sprayed my genital, purposely, while I was Naked.

2) Shane Davis kicked and punch my arms and leg, and twisted my finger Back.

3) I was handcuffed and walked Naked In front of all the females officers.

4) While in the shower room officer boyd made a comment about my penis saying, "It was Not much to look at."

5) I was Naked in my cell before All officers came on the Block to extract me, There was Atleast 5 Deputies present that Day there was No Need for a women officer to be involved ~~~~ in the extraction. I was Never combative.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## RELIEF REQUESTED

(State what relief you want from the court.)

I am requesting $250,000. Psychological

Counsling from a mental health professional, who specializes in Post tramatic stress Disorder. And That the officers involved Be repremanded

JURY DEMAND          Yes [✓]          No [ ]

Signed this _November_ day of ___20th___, 20_17_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Nerak Nalr Scaife | # 243 344 |
| Address: | Telephone Number: |
| 1102 cornell lane, Yorkville Il 60560 | (Mother) 815-986 8235 |

8



# Resident Transactions

Transactions From 6/1/2017 12:00 AM to 11/29/2017 11:59 PM

## 243344 : SCAIFE, NERAK N

### Dorm G

Main Balance: $19.23

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| 662583 | 11/29/2017 | BillPay | PAYMENT FOR TRANS 662582 | -$0.95 |
| 662582 | 11/29/2017 | Bill | INVENTORY SALE : 11/29/2017 Copy of Transaction history for six months (19 pages) per inmate request | |
| 662340 | 11/27/2017 | BillPay | PAYMENT FOR TRANS 662339 | -$20.00 |
| 662339 | 11/27/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 662309 | 11/27/2017 | Add | MO# 17-268550826 MONEY ORDER SENT IN BY NICOLE ALBRIGHT | $40.00 |
| 661885 | 11/24/2017 | BillPay | PAYMENT FOR TRANS 661884 | -$4.00 |
| 661884 | 11/24/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 661875 | 11/24/2017 | CredPay | PAYMENT FOR TRANS 661874 | $4.00 |
| 661874 | 11/24/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9536075 | |
| 661127 | 11/21/2017 | BillPay | PAYMENT FOR TRANS 661126 | -$74.90 |
| 661126 | 11/21/2017 | Bill | Commissary : COMMISSARY 11/21/2017 REF:1582 | |
| 660952 | 11/20/2017 | BillPay | PAYMENT FOR TRANS 660951 | -$25.00 |
| 660951 | 11/20/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 660943 | 11/20/2017 | CredPay | PAYMENT FOR TRANS 660942 | $100.00 |
| 660942 | 11/20/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9490809 | |
| 660388 | 11/17/2017 | BillPay | PAYMENT FOR TRANS 660387 | -$10.00 |
| 660387 | 11/17/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 660382 | 11/17/2017 | CredPay | PAYMENT FOR TRANS 660381 | $10.00 |
| 660381 | 11/17/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9449743 | |
| 660045 | 11/16/2017 | BillPay | PAYMENT FOR TRANS 660044 | -$45.95 |

# 243344 : SCAIFE, NERAK N

## Dorm G

Main Balance: $19.23

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| 660044 | 11/16/2017 | Bill | Commissary : COMMISSARY 11/16/2017 REF:1579 | |
| 659863 | 11/15/2017 | BillPay | PAYMENT FOR TRANS 659862 | -$11.00 |
| 659862 | 11/15/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 659841 | 11/15/2017 | Add | MO# 17-658627553 FROM ALBRIGHT, NICOLE | $50.00 |
| 659721 | 11/15/2017 | BillPay | PAYMENT FOR TRANS 659720 | -$13.00 |
| 659720 | 11/15/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 659694 | 11/15/2017 | CredPay | PAYMENT FOR TRANS 659693 | $20.00 |
| 659693 | 11/15/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9419366 | |
| 658565 | 11/9/2017 | BillPay | PAYMENT FOR TRANS 658564 | -$17.02 |
| 658564 | 11/9/2017 | Bill | Commissary : COMMISSARY 11/9/2017 REF:1575 | |
| 658071 | 11/7/2017 | BillPay | PAYMENT FOR TRANS 658070 | -$13.00 |
| 658070 | 11/7/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 658047 | 11/7/2017 | Add | MO# 17658627453 MONEY ORDER | $30.00 |
| 656952 | 11/2/2017 | BillPay | PAYMENT FOR TRANS 656951 | -$58.02 |
| 656951 | 11/2/2017 | Bill | Commissary : COMMISSARY 11/2/2017 REF:1570 | |
| 656774 | 11/1/2017 | BillPay | PAYMENT FOR TRANS 656773 | -$20.00 |
| 656773 | 11/1/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 656764 | 11/1/2017 | CredPay | PAYMENT FOR TRANS 656763 | $50.00 |
| 656763 | 11/1/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9253964 | |
| 656616 | 11/1/2017 | BillPay | PAYMENT FOR TRANS 656615 | -$12.00 |
| 656615 | 11/1/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 656361 | 10/31/2017 | BillPay | PAYMENT FOR TRANS 656360 | -$10.00 |
| 656360 | 10/31/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |

# 243344 : SCAIFE, NERAK N

## Dorm G

| Main Balance: | $19.23 |
|---|---|

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| 656134 | 10/30/2017 | Add | MO# 17-658627332<br>MONEY ORDER FOR $50.00USC | $50.00 |
| 655925 | 10/29/2017 | BillPay | PAYMENT FOR TRANS 655924 | -$10.00 |
| 655924 | 10/29/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 655809 | 10/29/2017 | CredPay | PAYMENT FOR TRANS 655808 | $10.00 |
| 655808 | 10/29/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9207308 | |
| 655679 | 10/28/2017 | BillPay | PAYMENT FOR TRANS 655678 | -$15.00 |
| 655678 | 10/28/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 655675 | 10/28/2017 | CredPay | PAYMENT FOR TRANS 655674 | $15.00 |
| 655674 | 10/28/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9196785 | |
| 655287 | 10/26/2017 | BillPay | PAYMENT FOR TRANS 655286 | -$26.58 |
| 655286 | 10/26/2017 | Bill | Commissary : COMMISSARY 10/26/2017 REF:1566 | |
| 655059 | 10/25/2017 | BillPay | PAYMENT FOR TRANS 655058 | -$5.00 |
| 655058 | 10/25/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 655054 | 10/25/2017 | CredPay | PAYMENT FOR TRANS 655053 | $5.00 |
| 655053 | 10/25/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9168126 | |
| 654857 | 10/24/2017 | BillPay | PAYMENT FOR TRANS 654856 | -$9.00 |
| 654856 | 10/24/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 654682 | 10/23/2017 | BillPay | PAYMENT FOR TRANS 654681 | -$7.00 |
| 654681 | 10/23/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 654650 | 10/23/2017 | Add | MO# 17-658627272<br>NONE | $30.00 |
| 654627 | 10/23/2017 | BillPay | PAYMENT FOR TRANS 654626 | -$6.00 |
| 654626 | 10/23/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 654487 | 10/23/2017 | BillPay | PAYMENT FOR TRANS 654486 | -$1.50 |
| 654486 | 10/23/2017 | Bill | INVENTORY SALE : Copies per inmate request | |

# 243344 : SCAIFE, NERAK N

## Dorm G

Main Balance: $19.23

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| | | | 10/20/2017 | |
| 654468 | 10/22/2017 | CredPay | PAYMENT FOR TRANS 654467 | $20.00 |
| 654467 | 10/22/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9132510 | |
| 654369 | 10/22/2017 | BillPay | PAYMENT FOR TRANS 654368 | -$6.00 |
| 654368 | 10/22/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 654175 | 10/21/2017 | BillPay | PAYMENT FOR TRANS 654174 | -$11.00 |
| 654174 | 10/21/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 654158 | 10/21/2017 | BillPay | PAYMENT FOR TRANS 654157 | -$0.45 |
| 654157 | 10/21/2017 | Bill | INVENTORY SALE : COPIES MADE OF LETTERS TOP BE SENT TO DEKALB | |
| 654085 | 10/20/2017 | CredPay | PAYMENT FOR TRANS 654084 | $17.50 |
| 654084 | 10/20/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9107114 | |
| 653911 | 10/19/2017 | BillPay | PAYMENT FOR TRANS 653910 | -$20.00 |
| 653910 | 10/19/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 653894 | 10/19/2017 | BillPay | PAYMENT FOR TRANS 653893 | -$10.00 |
| 653893 | 10/19/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 653692 | 10/19/2017 | BillPay | PAYMENT FOR TRANS 653691 | -$69.10 |
| 653691 | 10/19/2017 | Bill | Commissary : COMMISSARY 10/19/2017 REF:1561 | |
| 653506 | 10/18/2017 | Add | MO# 17-260583271 MONEY ORDER # 17-260583271 FROM NICOLE ALBRIGHT $30.00 | $30.00 |
| 653164 | 10/17/2017 | BillPay | PAYMENT FOR TRANS 653163 | -$21.00 |
| 653163 | 10/17/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 653118 | 10/17/2017 | CredPay | PAYMENT FOR TRANS 653117 | $90.00 |
| 653117 | 10/17/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9072218 | |
| 653050 | 10/17/2017 | BillPay | PAYMENT FOR TRANS 653049 | -$2.00 |
| 653049 | 10/17/2017 | Bill | Phone Cards : Phone time ordered through the | |

# 243344 : SCAIFE, NERAK N

## Dorm G

| | Main Balance: | $19.23 |

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| | | | Phone System | |
| 652914 | 10/16/2017 | BillPay | PAYMENT FOR TRANS 652913 | -$4.00 |
| 652913 | 10/16/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 652539 | 10/15/2017 | BillPay | PAYMENT FOR TRANS 652538 | -$13.00 |
| 652538 | 10/15/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 652379 | 10/14/2017 | BillPay | PAYMENT FOR TRANS 652378 | -$15.00 |
| 652378 | 10/14/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 652367 | 10/14/2017 | CredPay | PAYMENT FOR TRANS 652366 | $34.00 |
| 652366 | 10/14/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9030471 | |
| 652325 | 10/13/2017 | BillPay | PAYMENT FOR TRANS 652324 | -$10.00 |
| 652324 | 10/13/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 652317 | 10/13/2017 | CredPay | PAYMENT FOR TRANS 652316 | $10.00 |
| 652316 | 10/13/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9027954 | |
| 652293 | 10/13/2017 | BillPay | PAYMENT FOR TRANS 652292 | -$4.00 |
| 652292 | 10/13/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 652291 | 10/13/2017 | CredPay | PAYMENT FOR TRANS 652290 | $4.00 |
| 652290 | 10/13/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 9027211 | |
| 651927 | 10/12/2017 | BillPay | PAYMENT FOR TRANS 651926 | -$17.94 |
| 651926 | 10/12/2017 | Bill | Commissary : COMMISSARY 10/12/2017 REF:1556 | |
| 651373 | 10/10/2017 | BillPay | PAYMENT FOR TRANS 651372 | -$12.00 |
| 651372 | 10/10/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 651350 | 10/10/2017 | Add | MO# 17-647931541 MONEY ORDER | $30.00 |
| 650971 | 10/9/2017 | BillPay | PAYMENT FOR TRANS 650970 | -$11.00 |
| 650970 | 10/9/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |

# 243344 : SCAIFE,  NERAK N

## Dorm G

| Main Balance: | $19.23 |
|---|---|

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| 650804 | 10/7/2017 | BillPay | PAYMENT FOR TRANS 650803 | -$9.00 |
| 650803 | 10/7/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 650802 | 10/7/2017 | CredPay | PAYMENT FOR TRANS 650801 | $20.00 |
| 650801 | 10/7/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8958987 | |
| 650762 | 10/7/2017 | BillPay | PAYMENT FOR TRANS 650761 | -$10.00 |
| 650761 | 10/7/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 650254 | 10/5/2017 | BillPay | PAYMENT FOR TRANS 650253 | -$20.00 |
| 650253 | 10/5/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 650216 | 10/5/2017 | BillPay | PAYMENT FOR TRANS 650215 | -$129.49 |
| 650215 | 10/5/2017 | Bill | Commissary : COMMISSARY 10/5/2017 REF:1551 | |
| 650009 | 10/4/2017 | CredPay | PAYMENT FOR TRANS 650008 | $100.00 |
| 650008 | 10/4/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8924954 | |
| 649911 | 10/4/2017 | BillPay | PAYMENT FOR TRANS 649910 | -$6.00 |
| 649910 | 10/4/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 649897 | 10/4/2017 | BillPay | PAYMENT FOR TRANS 649896 | -$11.00 |
| 649896 | 10/4/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 649723 | 10/3/2017 | BillPay | PAYMENT FOR TRANS 649722 | -$6.00 |
| 649722 | 10/3/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 649575 | 10/3/2017 | BillPay | PAYMENT FOR TRANS 649574 | -$8.00 |
| 649574 | 10/3/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 649461 | 10/2/2017 | Add | MO# 17-647931379 NERAK SCAIFE | $70.00 |
| 649242 | 10/1/2017 | BillPay | PAYMENT FOR TRANS 649241 | -$10.00 |
| 649241 | 10/1/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |

# 243344 : SCAIFE,  NERAK N

## Dorm G

| | Main Balance: | $19.23 |
|---|---|---|

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| 649240 | 10/1/2017 | CredPay | PAYMENT FOR TRANS 649239 | $30.00 |
| 649239 | 10/1/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8887957 | |
| 649181 | 10/1/2017 | BillPay | PAYMENT FOR TRANS 649180 | -$4.00 |
| 649180 | 10/1/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 649175 | 10/1/2017 | CredPay | PAYMENT FOR TRANS 649174 | $4.00 |
| 649174 | 10/1/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8881664 | |
| 648943 | 9/29/2017 | BillPay | PAYMENT FOR TRANS 648942 | -$20.00 |
| 648942 | 9/29/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 648938 | 9/29/2017 | CredPay | PAYMENT FOR TRANS 648937 | $20.00 |
| 648937 | 9/29/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8862184 | |
| 648607 | 9/28/2017 | BillPay | PAYMENT FOR TRANS 648606 | -$23.94 |
| 648606 | 9/28/2017 | Bill | Commissary : COMMISSARY 9/28/2017 REF:1547 | |
| 648120 | 9/26/2017 | BillPay | PAYMENT FOR TRANS 648119 | -$12.00 |
| 648119 | 9/26/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 647984 | 9/26/2017 | BillPay | PAYMENT FOR TRANS 647983 | -$9.00 |
| 647983 | 9/26/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 647945 | 9/25/2017 | Add | MO# 17-647931281 NICOLE ALBRIGHT | $30.00 |
| 647626 | 9/24/2017 | BillPay | PAYMENT FOR TRANS 647625 | -$13.00 |
| 647625 | 9/24/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 647622 | 9/24/2017 | BillPay | PAYMENT FOR TRANS 647621 | -$2.00 |
| 647621 | 9/24/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 647580 | 9/23/2017 | CredPay | PAYMENT FOR TRANS 647579 | $30.00 |
| 647579 | 9/23/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8790061 | |
| 647466 | 9/22/2017 | BillPay | PAYMENT FOR TRANS 647465 | -$10.00 |
| 647465 | 9/22/2017 | Bill | Phone Cards : Phone time ordered through the | |

# 243344 : SCAIFE,  NERAK N

## Dorm G

| | | | Main Balance: | $19.23 |
|---|---|---|---|---|

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| | | | Phone System | |
| 647464 | 9/22/2017 | CredPay | PAYMENT FOR TRANS 647463 | $10.00 |
| 647463 | 9/22/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8782291 | |
| 647436 | 9/22/2017 | BillPay | PAYMENT FOR TRANS 647435 | -$8.00 |
| 647435 | 9/22/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 647281 | 9/21/2017 | BillPay | PAYMENT FOR TRANS 647280 | -$16.00 |
| 647280 | 9/21/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 647158 | 9/21/2017 | BillPay | PAYMENT FOR TRANS 647157 | -$52.50 |
| 647157 | 9/21/2017 | Bill | Commissary : COMMISSARY 9/21/2017 REF:1543 | |
| 646892 | 9/20/2017 | Add | MO# 17647048387 SCAIFE | $30.00 |
| 646859 | 9/20/2017 | BillPay | PAYMENT FOR TRANS 646858 | -$14.00 |
| 646858 | 9/20/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 646777 | 9/20/2017 | BillPay | PAYMENT FOR TRANS 646776 | -$13.00 |
| 646776 | 9/20/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 646770 | 9/20/2017 | BillPay | PAYMENT FOR TRANS 646769 | -$2.00 |
| 646769 | 9/20/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 646670 | 9/19/2017 | CredPay | PAYMENT FOR TRANS 646669 | $70.00 |
| 646669 | 9/19/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8749064 | |
| 646643 | 9/19/2017 | BillPay | PAYMENT FOR TRANS 646642 | -$4.00 |
| 646642 | 9/19/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 646587 | 9/19/2017 | BillPay | PAYMENT FOR TRANS 646586 | -$10.00 |
| 646586 | 9/19/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 646569 | 9/19/2017 | CredPay | PAYMENT FOR TRANS 646568 | $20.00 |
| 646568 | 9/19/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8742477 | |

# 243344 : SCAIFE,  NERAK N

## Dorm G

| Main Balance: | $19.23 |
|---|---|

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| 645758 | 9/14/2017 | BillPay | PAYMENT FOR TRANS 645757 | -$3.99 |
| 645757 | 9/14/2017 | Bill | Commissary : COMMISSARY 9/14/2017 REF:1540 | |
| 645554 | 9/13/2017 | BillPay | PAYMENT FOR TRANS 645553 | -$6.00 |
| 645553 | 9/13/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 645332 | 9/13/2017 | BillPay | PAYMENT FOR TRANS 645331 | -$6.00 |
| 645331 | 9/13/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 645131 | 9/12/2017 | BillPay | PAYMENT FOR TRANS 645130 | -$7.00 |
| 645130 | 9/12/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 645090 | 9/12/2017 | BillPay | PAYMENT FOR TRANS 645089 | -$7.00 |
| 645089 | 9/12/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 645036 | 9/11/2017 | Add | MO# 17-647048281 FROM: NICOLE ALBRIGHT | $30.00 |
| 644167 | 9/7/2017 | BillPay | PAYMENT FOR TRANS 644166 | -$13.66 |
| 644166 | 9/7/2017 | Bill | Commissary : COMMISSARY 9/7/2017 REF:1535 | |
| 643931 | 9/6/2017 | BillPay | PAYMENT FOR TRANS 643930 | -$5.00 |
| 643930 | 9/6/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 643766 | 9/5/2017 | BillPay | PAYMENT FOR TRANS 643765 | -$5.00 |
| 643765 | 9/5/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 643760 | 9/5/2017 | BillPay | PAYMENT FOR TRANS 643759 | -$7.00 |
| 643759 | 9/5/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 643743 | 9/5/2017 | Add | MO# 17-647048160 FROM NICOLE ALBRIGHT | $30.00 |
| 642568 | 8/31/2017 | BillPay | PAYMENT FOR TRANS 642567 | -$29.29 |
| 642567 | 8/31/2017 | Bill | Commissary : COMMISSARY 8/31/2017 REF:1531 | |

# 243344 : SCAIFE, NERAK N

## Dorm G

| | Main Balance: | $19.23 |
|---|---|---|

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| 642388 | 8/30/2017 | BillPay | PAYMENT FOR TRANS 642387 | -$10.00 |
| 642387 | 8/30/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 642124 | 8/29/2017 | BillPay | PAYMENT FOR TRANS 642123 | -$10.00 |
| 642123 | 8/29/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 641990 | 8/29/2017 | BillPay | PAYMENT FOR TRANS 641989 | -$12.00 |
| 641989 | 8/29/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 641981 | 8/29/2017 | CredPay | PAYMENT FOR TRANS 641980 | $50.00 |
| 641980 | 8/29/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8501712 | |
| 641744 | 8/28/2017 | BillPay | PAYMENT FOR TRANS 641743 | -$8.00 |
| 641743 | 8/28/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 641696 | 8/28/2017 | CredPay | PAYMENT FOR TRANS 641695 | $20.00 |
| 641695 | 8/28/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8489031 | |
| 640961 | 8/24/2017 | BillPay | PAYMENT FOR TRANS 640960 | -$45.41 |
| 640960 | 8/24/2017 | Bill | Commissary : COMMISSARY 8/24/2017 REF:1528 | |
| 640739 | 8/23/2017 | Add | MO# 17-612537982 $30 MONEY ORDER | $30.00 |
| 640474 | 8/22/2017 | BillPay | PAYMENT FOR TRANS 640473 | -$4.00 |
| 640473 | 8/22/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 640377 | 8/22/2017 | BillPay | PAYMENT FOR TRANS 640376 | -$11.00 |
| 640376 | 8/22/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 640358 | 8/22/2017 | CredPay | PAYMENT FOR TRANS 640357 | $30.00 |
| 640357 | 8/22/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8423529 | |
| 639694 | 8/18/2017 | BillPay | PAYMENT FOR TRANS 639693 | -$4.00 |
| 639693 | 8/18/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 639688 | 8/18/2017 | CredPay | PAYMENT FOR TRANS 639687 | $4.00 |

# 243344 : SCAIFE,  NERAK N

## Dorm G

Main Balance:    $19.23

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| 639687 | 8/18/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8386944 | |
| 639679 | 8/18/2017 | BillPay | PAYMENT FOR TRANS 639678 | -$6.00 |
| 639678 | 8/18/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 639669 | 8/18/2017 | CredPay | PAYMENT FOR TRANS 639668 | $6.00 |
| 639668 | 8/18/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8385831 | |
| 639282 | 8/17/2017 | BillPay | PAYMENT FOR TRANS 639281 | -$30.40 |
| 639281 | 8/17/2017 | Bill | Commissary : COMMISSARY 8/17/2017 REF:1524 | |
| 638494 | 8/14/2017 | Add | MO# 17-612537895 CAME IN MAIL | $30.00 |
| 638087 | 8/12/2017 | BillPay | PAYMENT FOR TRANS 638086 | -$9.00 |
| 638086 | 8/12/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 637986 | 8/12/2017 | BillPay | PAYMENT FOR TRANS 637985 | -$11.00 |
| 637985 | 8/12/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 637882 | 8/11/2017 | BillPay | PAYMENT FOR TRANS 637881 | -$10.00 |
| 637881 | 8/11/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 637879 | 8/11/2017 | Open | RESIDENT RE-OPEN | $0.00 |
| 637687 | 8/11/2017 | Close | | |
| 637686 | 8/11/2017 | Release | RESIDENT RELEASE | |
| 637685 | 8/11/2017 | CredPay | PAYMENT FOR TRANS 637684 | $0.58 |
| 637684 | 8/11/2017 | Credit | Phone Cards : Phone Time Refund | |
| 637671 | 8/11/2017 | Add | FROM NICOLE | $30.00 |
| 637423 | 8/10/2017 | BillPay | PAYMENT FOR TRANS 637422 | -$8.68 |
| 637422 | 8/10/2017 | Bill | Commissary : COMMISSARY 8/10/2017 REF:1520 | |
| 636970 | 8/9/2017 | BillPay | PAYMENT FOR TRANS 636969 | -$6.00 |
| 636969 | 8/9/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 636833 | 8/8/2017 | BillPay | PAYMENT FOR TRANS 636832 | -$6.00 |

# 243344 : SCAIFE,  NERAK N

## Dorm G

Main Balance:          $19.23

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| 636832 | 8/8/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 636293 | 8/6/2017 | BillPay | PAYMENT FOR TRANS 636292 | -$20.00 |
| 636292 | 8/6/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 636108 | 8/6/2017 | CredPay | PAYMENT FOR TRANS 636107 | $40.00 |
| 636107 | 8/6/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8242121 | |
| 636104 | 8/6/2017 | BillPay | PAYMENT FOR TRANS 636103 | -$10.00 |
| 636103 | 8/6/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 636096 | 8/6/2017 | CredPay | PAYMENT FOR TRANS 636095 | $10.00 |
| 636095 | 8/6/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8241984 | |
| 635902 | 8/5/2017 | BillPay | PAYMENT FOR TRANS 635901 | -$4.00 |
| 635901 | 8/5/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 635900 | 8/5/2017 | CredPay | PAYMENT FOR TRANS 635899 | $4.00 |
| 635899 | 8/5/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8232020 | |
| 635861 | 8/4/2017 | BillPay | PAYMENT FOR TRANS 635860 | -$4.00 |
| 635860 | 8/4/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 635859 | 8/4/2017 | CredPay | PAYMENT FOR TRANS 635858 | $4.00 |
| 635858 | 8/4/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8229243 | |
| 635405 | 8/3/2017 | BillPay | PAYMENT FOR TRANS 635404 | -$25.24 |
| 635404 | 8/3/2017 | Bill | Commissary : COMMISSARY 8/3/2017 REF:1517 | |
| 634735 | 8/1/2017 | BillPay | PAYMENT FOR TRANS 634734 | -$4.00 |
| 634734 | 8/1/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 634674 | 7/31/2017 | Add | MO# 17-612537686 MAILED IN | $30.00 |
| 634191 | 7/29/2017 | BillPay | PAYMENT FOR TRANS 634190 | -$4.00 |
| 634190 | 7/29/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |

# 243344 : SCAIFE, NERAK N

## Dorm G

Main Balance: $19.23

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| 634185 | 7/29/2017 | CredPay | PAYMENT FOR TRANS 634184 | $4.00 |
| 634184 | 7/29/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8158937 | |
| 634117 | 7/29/2017 | BillPay | PAYMENT FOR TRANS 634116 | -$5.00 |
| 634116 | 7/29/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 634101 | 7/29/2017 | CredPay | PAYMENT FOR TRANS 634100 | $5.00 |
| 634100 | 7/29/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8152849 | |
| 633562 | 7/27/2017 | BillPay | PAYMENT FOR TRANS 633561 | -$21.29 |
| 633561 | 7/27/2017 | Bill | Commissary : COMMISSARY 7/27/2017 REF:1513 | |
| 633176 | 7/26/2017 | BillPay | PAYMENT FOR TRANS 633175 | -$14.00 |
| 633175 | 7/26/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 633139 | 7/26/2017 | CredPay | PAYMENT FOR TRANS 633138 | $20.00 |
| 633138 | 7/26/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8123092 | |
| 633013 | 7/25/2017 | BillPay | PAYMENT FOR TRANS 633012 | -$5.00 |
| 633012 | 7/25/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 632999 | 7/25/2017 | CredPay | PAYMENT FOR TRANS 632998 | $20.00 |
| 632998 | 7/25/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8117929 | |
| 632326 | 7/22/2017 | BillPay | PAYMENT FOR TRANS 632325 | -$8.00 |
| 632325 | 7/22/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 632267 | 7/22/2017 | BillPay | PAYMENT FOR TRANS 632266 | -$11.00 |
| 632266 | 7/22/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 632199 | 7/21/2017 | BillPay | PAYMENT FOR TRANS 632198 | -$11.00 |
| 632198 | 7/21/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 632174 | 7/21/2017 | Add | MO# 17612537602 FROM SCAIFE, MARIE | $30.00 |
| 631804 | 7/20/2017 | BillPay | PAYMENT FOR TRANS 631803 | -$25.60 |
| 631803 | 7/20/2017 | Bill | Commissary : COMMISSARY 7/20/2017 | |

## 243344 : SCAIFE,  NERAK N

### Dorm G

Main Balance:     $19.23

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| | | | REF:1508 | |
| 631597 | 7/19/2017 | BillPay | PAYMENT FOR TRANS 631596 | -$4.00 |
| 631596 | 7/19/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 631585 | 7/19/2017 | CredPay | PAYMENT FOR TRANS 631584 | $30.00 |
| 631584 | 7/19/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8057847 | |
| 631164 | 7/18/2017 | BillPay | PAYMENT FOR TRANS 631163 | -$5.00 |
| 631163 | 7/18/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 631059 | 7/17/2017 | BillPay | PAYMENT FOR TRANS 631058 | -$15.00 |
| 631058 | 7/17/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 631057 | 7/17/2017 | CredPay | PAYMENT FOR TRANS 631056 | $20.00 |
| 631056 | 7/17/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8037953 | |
| 630703 | 7/16/2017 | BillPay | PAYMENT FOR TRANS 630702 | -$3.00 |
| 630702 | 7/16/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 630696 | 7/16/2017 | CredPay | PAYMENT FOR TRANS 630695 | $3.00 |
| 630695 | 7/16/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8017241 | |
| 630465 | 7/15/2017 | BillPay | PAYMENT FOR TRANS 630464 | -$13.00 |
| 630464 | 7/15/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 630444 | 7/14/2017 | CredPay | PAYMENT FOR TRANS 630443 | $3.00 |
| 630443 | 7/14/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 8005053 | |
| 630439 | 7/14/2017 | BillPay | PAYMENT FOR TRANS 630438 | -$10.00 |
| 630438 | 7/14/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 630412 | 7/14/2017 | BillPay | PAYMENT FOR TRANS 630411 | -$10.00 |
| 630411 | 7/14/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 630406 | 7/14/2017 | Add | MO# 17-572699469 IN THE MAIL | $30.00 |
| 628593 | 7/8/2017 | BillPay | PAYMENT FOR TRANS 628592 | -$5.00 |

# 243344 : SCAIFE, NERAK N

## Dorm G

Main Balance: $19.23

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| 628592 | 7/8/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 628591 | 7/8/2017 | CredPay | PAYMENT FOR TRANS 628590 | $5.00 |
| 628590 | 7/8/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7933196 | |
| 628553 | 7/7/2017 | BillPay | PAYMENT FOR TRANS 628552 | -$5.00 |
| 628552 | 7/7/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 628551 | 7/7/2017 | CredPay | PAYMENT FOR TRANS 628550 | $5.00 |
| 628550 | 7/7/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7929785 | |
| 628537 | 7/7/2017 | BillPay | PAYMENT FOR TRANS 628536 | -$6.00 |
| 628536 | 7/7/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 628528 | 7/7/2017 | BillPay | PAYMENT FOR TRANS 628527 | -$9.00 |
| 628527 | 7/7/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 628504 | 7/7/2017 | BillPay | PAYMENT FOR TRANS 628503 | -$10.00 |
| 628503 | 7/7/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 628491 | 7/7/2017 | CredPay | PAYMENT FOR TRANS 628490 | $5.00 |
| 628490 | 7/7/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7927934 | |
| 628337 | 7/7/2017 | BillPay | PAYMENT FOR TRANS 628336 | -$10.00 |
| 628336 | 7/7/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 628303 | 7/6/2017 | Add | MO# 17-572699461 MARIA SCAIFE | $30.00 |
| 628118 | 7/6/2017 | BillPay | PAYMENT FOR TRANS 628117 | -$21.08 |
| 628117 | 7/6/2017 | Bill | Commissary : COMMISSARY 7/6/2017 REF:1498 | |
| 627235 | 7/2/2017 | BillPay | PAYMENT FOR TRANS 627234 | -$9.00 |
| 627234 | 7/2/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 626984 | 7/1/2017 | BillPay | PAYMENT FOR TRANS 626983 | -$7.00 |
| 626983 | 7/1/2017 | Bill | Phone Cards : Phone time ordered through the | |

# 243344 : SCAIFE, NERAK N

## Dorm G

|  | Main Balance: | $19.23 |
|---|---|---|

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
|  |  |  | Phone System |  |
| 626964 | 7/1/2017 | BillPay | PAYMENT FOR TRANS 626963 | -$10.00 |
| 626963 | 7/1/2017 | Bill | Phone Cards : Phone time ordered through the Phone System |  |
| 626914 | 6/30/2017 | CredPay | PAYMENT FOR TRANS 626913 | $7.00 |
| 626913 | 6/30/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7851882 |  |
| 626910 | 6/30/2017 | BillPay | PAYMENT FOR TRANS 626909 | -$10.00 |
| 626909 | 6/30/2017 | Bill | Phone Cards : Phone time ordered through the Phone System |  |
| 626703 | 6/29/2017 | CredPay | PAYMENT FOR TRANS 626702 | $50.00 |
| 626702 | 6/29/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7839704 |  |
| 626624 | 6/29/2017 | BillPay | PAYMENT FOR TRANS 626623 | -$5.00 |
| 626623 | 6/29/2017 | Bill | Phone Cards : Phone time ordered through the Phone System |  |
| 626622 | 6/29/2017 | BillPay | PAYMENT FOR TRANS 625718 TO Medical : Seen by Medical 6/18/2017 : PAID IN FULL | -$4.87 |
| 626621 | 6/29/2017 | Add | Check# 3166 DEKALB CHECK 3166 | $10.00 |
| 625719 | 6/26/2017 | BillPay | PAYMENT FOR TRANS 625718 | -$0.13 |
| 625718 | 6/26/2017 | Bill | Medical : Seen by Medical 6/18/2017 |  |
| 624996 | 6/22/2017 | BillPay | PAYMENT FOR TRANS 624995 | -$10.00 |
| 624995 | 6/22/2017 | Bill | Phone Cards : Phone time ordered through the Phone System |  |
| 624917 | 6/22/2017 | BillPay | PAYMENT FOR TRANS 624916 | -$14.94 |
| 624916 | 6/22/2017 | Bill | Commissary : COMMISSARY 6/22/2017 REF:1491 |  |
| 624746 | 6/21/2017 | BillPay | PAYMENT FOR TRANS 624745 | -$5.00 |
| 624745 | 6/21/2017 | Bill | Phone Cards : Phone time ordered through the Phone System |  |
| 624732 | 6/21/2017 | Add | MO# 17-572699415 NICOLE ALBRIGHT 2702 NATURE POINTE FORT MYERS FL 33905 | $30.00 |
| 623622 | 6/17/2017 | BillPay | PAYMENT FOR TRANS 623621 | -$3.00 |

# 243344 : SCAIFE, NERAK N

## Dorm G

Main Balance: $19.23

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| 623621 | 6/17/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 623614 | 6/17/2017 | CredPay | PAYMENT FOR TRANS 623613 | $3.00 |
| 623613 | 6/17/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7697942 | |
| 623387 | 6/16/2017 | BillPay | PAYMENT FOR TRANS 623386 | -$10.00 |
| 623386 | 6/16/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 623112 | 6/15/2017 | BillPay | PAYMENT FOR TRANS 623111 | -$10.00 |
| 623111 | 6/15/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 623081 | 6/15/2017 | BillPay | PAYMENT FOR TRANS 623080 | -$5.00 |
| 623080 | 6/15/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 623066 | 6/15/2017 | BillPay | PAYMENT FOR TRANS 623065 | -$5.00 |
| 623065 | 6/15/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 622994 | 6/15/2017 | BillPay | PAYMENT FOR TRANS 622993 | -$23.06 |
| 622993 | 6/15/2017 | Bill | Commissary : COMMISSARY 6/15/2017 REF:1486 | |
| 622743 | 6/14/2017 | Add | MO# 17-594996372 NO NAME | $30.00 |
| 622682 | 6/14/2017 | BillPay | PAYMENT FOR TRANS 622681 | -$7.00 |
| 622681 | 6/14/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 622637 | 6/14/2017 | CredPay | PAYMENT FOR TRANS 622636 | $30.00 |
| 622636 | 6/14/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7671207 | |
| 621576 | 6/9/2017 | BillPay | PAYMENT FOR TRANS 621575 | -$7.00 |
| 621575 | 6/9/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 621566 | 6/9/2017 | CredPay | PAYMENT FOR TRANS 621565 | $7.00 |
| 621565 | 6/9/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7613699 | |
| 621478 | 6/9/2017 | BillPay | PAYMENT FOR TRANS 621477 | -$10.00 |
| 621477 | 6/9/2017 | Bill | Phone Cards : Phone time ordered through the | |

# 243344 : SCAIFE,  NERAK N

## Dorm G

| | Main Balance: | $19.23 |
|---|---|---|

| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| | | | Phone System | |
| 621468 | 6/9/2017 | Add | Check# 31579<br>Funds sent from Dekalb | $10.00 |
| 621265 | 6/8/2017 | BillPay | PAYMENT FOR TRANS 621264 | -$30.83 |
| 621264 | 6/8/2017 | Bill | Commissary : COMMISSARY 6/8/2017<br>REF:1483 | |
| 620748 | 6/6/2017 | BillPay | PAYMENT FOR TRANS 620747 | -$4.00 |
| 620747 | 6/6/2017 | Bill | Phone Cards : Phone time ordered through the<br>Phone System | |
| 620565 | 6/6/2017 | BillPay | PAYMENT FOR TRANS 620564 | -$0.05 |
| 620564 | 6/6/2017 | Bill | INVENTORY SALE : Copy per inmate request | |
| 620549 | 6/6/2017 | BillPay | PAYMENT FOR TRANS 620548 | -$5.00 |
| 620548 | 6/6/2017 | Bill | Phone Cards : Phone time ordered through the<br>Phone System | |
| 620476 | 6/5/2017 | Add | MO# 17-594996248<br>MONEY ORDER DEPOSIT FOR SCAIFE $40.00 | $40.00 |
| 619890 | 6/3/2017 | BillPay | PAYMENT FOR TRANS 619889 | -$3.00 |
| 619889 | 6/3/2017 | Bill | Phone Cards : Phone time ordered through the<br>Phone System | |
| 619888 | 6/3/2017 | CredPay | PAYMENT FOR TRANS 619887 | $3.00 |
| 619887 | 6/3/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7542513 | |
| 619872 | 6/3/2017 | BillPay | PAYMENT FOR TRANS 619871 | -$7.00 |
| 619871 | 6/3/2017 | Bill | Phone Cards : Phone time ordered through the<br>Phone System | |
| 619870 | 6/3/2017 | CredPay | PAYMENT FOR TRANS 619869 | $7.00 |
| 619869 | 6/3/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7541703 | |
| 619854 | 6/3/2017 | BillPay | PAYMENT FOR TRANS 619853 | -$7.00 |
| 619853 | 6/3/2017 | Bill | Phone Cards : Phone time ordered through the<br>Phone System | |
| 619852 | 6/3/2017 | CredPay | PAYMENT FOR TRANS 619851 | $7.00 |
| 619851 | 6/3/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7541362 | |
| 619605 | 6/2/2017 | BillPay | PAYMENT FOR TRANS 619604 | -$0.05 |
| 619604 | 6/2/2017 | Bill | INVENTORY SALE : Copy per inmate request | |

# 243344 : SCAIFE, NERAK N

## Dorm G

Main Balance:       $19.23

| Receipt | Date | Type | Comment | Amount |
|---------|------|------|---------|--------|
| 619554 | 6/1/2017 | BillPay | PAYMENT FOR TRANS 619553 | -$7.00 |
| 619553 | 6/1/2017 | Bill | Phone Cards : Phone time ordered through the Phone System | |
| 619547 | 6/1/2017 | CredPay | PAYMENT FOR TRANS 619546 | $7.00 |
| 619546 | 6/1/2017 | Credit | Gift Cards : JailATM Web Deposit GC# 7526441 | |
| 619363 | 6/1/2017 | BillPay | PAYMENT FOR TRANS 619362 | -$18.17 |
| 619362 | 6/1/2017 | Bill | Commissary : COMMISSARY 6/1/2017 REF:1478 | |



NF

Nerak Scaife #243344
1102 Cornell Lane
Yorkville Il, 60560

**1:17-cv-08946**
**Judge Edmond E. Chang**
**Magistrate Judge Daniel G. Martin**
**PC9**

Clerk of the U.S.
District Court
United States court house
219 South Dearborn St
Chicago Il 60604

2017 DEC 11 AM 8:58



12/11/2017-2